RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Michael Angel Salazar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00593-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MICHAEL ANGEL SALAZAR, | |
| Defendant. | |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Michael Angel Salazar, that the Preliminary Hearing currently scheduled on April 12, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　This Stipulation is entered into for the following reasons:

　　1.　　Parties are working on a potential pre-indictment resolution.

　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 6th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Jacob Haile Operskalski*<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL ANGEL SALAZAR,<br><br>      Defendant. | Case No. 2:20-mj-00593-NJK-1<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, April 12, 2022 at 4:00 p.m., be vacated and continued to June 2, 2022, at 4:00 p.m.

      DATED this 7th day of April, 2022.

                                      UNITED STATES MAGISTRATE JUDGE