UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL ANGEL SALAZAR,<br><br>      Defendant. | Case No. 2:22-cr-00119-ART-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 14, 2022, at 11:00 a.m., is vacated and continued to Thursday, November 10, 2022, at 11:00 a.m. before District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 12th day of October, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE