**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-119-ART-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MICHAEL ANGEL SALAZAR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Michael Angel Salazar to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Michael Angel Salazar pled guilty. Criminal Information, ECF No. 19; Plea Agreement, ECF No. 21; Arraignment & Plea, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government served every person reasonably identified as a potential claimant in lieu of publication under Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

/ / /

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 27.

On August 10, 2022, the United States Attorney's Office served Kymtec LLC d/b/a Northwest Arms c/o Michelle Barber, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-14.

On August 10, 2022, the United States Attorney's Office served Kymtec LLC d/b/a Northwest Arms c/o Henry Khativong, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 15-16.

On August 10, 2022, the United States Attorney's Office served Kymtec LLC d/b/a Northwest Arms c/o Patrick Donovan, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 17-18.

On August 10, 2022, the United States Attorney's Office served Kymtec LLC d/b/a Northwest Arms c/o Simi Olive, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 19-20.

On August 10, 2022, the United States Attorney's Office attempted to serve Kymtec LLC d/b/a Northwest Arms c/o Rassmussen & Kang, Registered Agent & Attorney, on 3rd Street, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as attempted not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 21-23.

On August 17, 2022, the United States Attorney's Office served Kymtec LLC d/b/a Northwest Arms c/o Rasmussen & Kang, Registered Agent & Attorney, on 4th Street, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and

certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 24-25.

On August 22, 2022, Kymtec LLC d/b/a Northwest Arms (Northwest) filed a Petition for Ancillary Proceedings and Claim of Interest, ECF No. 26.

On November 18, 2022, the government filed a response to the petition. In the response the government stated that (1) Northwest is the uncontested owner of the firearms; (2) the government cannot return the firearms that are not part of this case because it does not have possession of them; (3) the government cannot immediately return the firearms because they are evidence and must be retained until any appeal or 28 U.S.C. § 2255 Writ process times have passed; and (4) the government cannot agree that Northwest can sue the Las Vegas Metropolitan Police Department.

On November 25, 2022, Northwest replied and agreed that (1) they have a right, title, or interest in the property and superior title to them; (2) the Court should authorize the return of the property and they understand the four items remain as evidence until the completion of the case; (3) they are seeking other potential remedies for the remaining firearms not in this case and that the government cannot return the remaining firearms; (4) the request about the lawsuit was part of negotiations and their request is that the LVMPD or other non-federal law enforcement are not affected by this ancillary case.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned and forfeited under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law and this order:

1.   Daniel Defense, DDM4, Rifle, Serial # DDM4244037;

2.   Daniel Defense, DDM4, Rifle, Serial # DDM4238587;

3.   Tommy Built, T36CP, Pistol, Serial # 36-00715; and

4.   Aero Precision, M4E1, Rifle, Serial # M40170257

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Kymtec LLC d/b/a Northwest Arms is the owner of the property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the government may hold the property for a period necessary to satisfy its evidentiary needs, appeals needs, and the 28 U.S.C. § 2255 Writ time has expired in this criminal matter and the property shall be returned to Kymtec LLC d/b/a Northwest Arms as soon as possible after the time has passed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that only the four firearms in this case are what shall be returned under this order and Kymtec LLC d/b/a Northwest Arms is entitled to seek return of the remaining firearms through other remedies.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and this Order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED December 2, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE